# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | §  CRIMINAL COMPLAINT |
| vs. | §  CASE NUMBER: DR:21-M -00777(1) |
| | § |
| (1) Ariel Trevino Rodriguez | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **April 27, 2021** in **Zavala** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, Ariel  TREVINO RODRIGUEZ, an alien, entered, or was found in the United States at or near Uvalde, Texas, after having been denied admission, excluded, deported, or removed from the United States through Laredo, Tx on 08/13/2012, and not having obtained the express consent of the Secretary of the Department of Homeland Security or the Attorney General of the United States to reapply for admission thereto.  Defendant being voluntarily in the United States unlawfully , a felony,

in violation of Title          **8**          United States Code, Section(s)          **1326(a)(1)**

.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"The defendant, Ariel  TREVINO RODRIGUEZ, was arrested by Border Patrol Agents, on April 27, 2021 for being an alien illegally present in the United States. Investigation and records of the*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

_____
Signature of Complainant
Melton, Lance T.
Border Patrol Agent

05/03/2021
_____          at    DEL RIO, Texas
File Date                                                    City and State

COLLIS WHITE
_____          _____
UNITED STATES MAGISTRATE JUDGE          Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.                                    Case Number: DR:21-M -00777(1)

(1) Ariel Trevino Rodriguez

**Continuation of Statement of Facts:**

Bureau of Citizenship and Immigration Services reveal the defendant was previously deported from the United States on 08/13/2012 through Laredo, Tx. The defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security or the Attorney General of the United States to re-apply for admission after being deported. The defendant is unlawfully present in the United States.
"

_____                    _____
Signature of Judicial Officer                    Signature of Complainant